# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LANDRA HOGUE, | Case No. 2:17-cv-02702-APG-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| SMITH'S FOOD & DRUG CENTERS, INC., | |
| Defendants. | |

Presently before the court is the parties' stipulation to extend discovery (ECF No. 12), filed on February 14, 2018. The parties stipulate to extend all deadlines by 60 days, including the deadline to amend the pleadings, which has already expired. While the court finds the parties have demonstrated good cause to extend upcoming deadlines by 60 days, the parties do not articulate excusable neglect for their failure to act with respect to the deadline for amending the pleadings. *See* LR 26-4. The court therefore will deny the stipulation with respect to the deadline for amending the pleadings, but will grant the stipulation in all other respects.

IT IS THEREFORE ORDERED that the parties' stipulation (ECF No. 12) is GRANTED in part and DENIED in part as stated in this order.

IT IS FURTHER ORDERED that the following deadlines apply:

| | | |
|---|---|---|
| 1. | Discovery cutoff | **June 22, 2018** |
| 2. | Expert designations | **April 23, 2018** |
| 3. | Rebuttal expert designations | **May 25, 2018** |
| 4. | Dispositive motions | **July 23, 2018** |

IT IS FURTHER ORDERED that if no dispositive motions have been filed within the time frame specified in this order, then the parties must file proposed joint pretrial order by **August 21,**

**2018**.  If dispositive motions are filed, then the parties must file a proposed joint pretrial order within 30 days of the date the court enters a ruling on the dispositive motions.

DATED: February 27, 2018

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**