DAVID A. TANNER, Esq.
Nevada Bar No. 8282
**TANNER LAW FIRM**
1320 E. Pebble Rd., Ste. 115
Las Vegas, NV 89123
Telephone (702) 987-8888
Facsimile (702) 410-8070
david@tannerlawfirm.com
*and*
Paul D. Powell, Esq.
Nevada Bar No. 7488
Michael A. Kristof, Esq.
Nevada Bar No. 7780
**THE POWELL LAW FIRM**
6785 West Russell Road, Suite 210
Las Vegas, Nevada 89118
paul@tplf.com
mkristof@tplf.com
Phone: (702) 728-5500
Facsimile: (702) 728-5501
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LANDRA HOGUE, <br><br> Plaintiff, <br><br> vs. <br><br> SMITH'S FOOD & DRUG CENTERS, INC. dba SMITH'S, a foreign corporation; DOES I through X, and ROE CORPORATIONS I-X, inclusive, <br><br> Defendants. | CASE NO. 2:17-cv-02702-APG-CWH <br><br> **STIPULATION AND ORDER TO GRANT THE POWELL LAW FIRM'S MOTION TO WITHDRAW** |

**STIPULATION AND ORDER TO GRANT THE POWELL LAW FIRM'S**
**MOTION TO WITHDRAW**

COMES NOW, Plaintiff LANDRA HOGUE, by and through her attorney, DAVID A. TANNER, Esq. of the TANNER LAW FIRM, and PAUL POWELL of THE POWELL LAW

1

FIRM; and Defendant, SMITH'S FOOD & DRUG CENTERS, INC. by and through its attorney, JERRY BUSBY, Esq. of COOPER LEVENSON, and hereby stipulate and agree as follows.

WHEREAS, Plaintiff's counsel, Paul Powell, Esq. of THE POWELL LAW FIRM, has filed a Motion to Withdraw (Document No. 15);

WHEREAS, Plaintiff has retained new counsel, David A. Tanner, Esq. of the TANNER LAW FIRM and Plaintiff intends to proceed in this case with Mr. Tanner as her counsel;

WHEREAS, Plaintiff has previously executed a Substitution of Attorney (a copy is attached hereto as Exhibit 1);

IT IS HEREBY STIPULATED that the POWELL LAW FIRM's Motion to Withdraw (Document No. 15) be granted and that David A. Tanner, Esq. of the TANNER LAW FIRM continue as Plaintiff's counsel in this matter.

By: */s/ David A. Tanner*
David A. Tanner, Esq.
Nevada Bar No. 8282
**TANNER LAW FIRM**
1320 East Pebble Road, Suite 115
Las Vegas, NV 89123
Telephone (702) 987-8888
Facsimile (702) 410-8070
*Attorney for Plaintiff*

By: */s/ Michael A. Kristof*
Paul Powell, Esq.
Nevada Bar No. 7488
Michael A. Kristof, Esq.
Nevada Bar No. 7780
**THE POWELL LAW FIRM**
6785 W. Russell Rd., Suite 210
Las Vegas, NV 89118
Telephone (702) 728-5500
Facsimile (702) 728-5501
*Attorney for Plaintiff*

By: */s/ Jerry Busby*
Jerry Busby, Esq. Esq.
Nevada Bar No. 1107
**COOPER LEVENSON, P.A.**
1835 Village Center Circle
Las Vegas, NV 89134
Telephone (702) 366-1125
Facsimile (702) 366-1857
*Attorneys for Defendant*

IT IS ORDERED that the parties' Stipulation and Order to Grant the Powell Law Firm's Motion to Withdraw (ECF No. 18) is GRANTED.

IT IS FURTHER ORDERED that the Powell Law Firm's Motion to Withdraw as Counsel (ECF No. 15) is GRANTED.

IT IS FURTHER ORDERED that the parties' duplicate Stipulation and Order to Grant the Powell Law Firm's Motion to Withdraw (ECF No. 17), which appears to have been filed in error, is DENIED as moot.

IT IS FURTHER ORDERED that the Clerk of Court must update the docket sheet to reflect that David A. Tanner is plaintiff's attorney.

DATED: March 27, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of the law firm of TANNER LAW FIRM and that on the 23rd day of March, 2018, I served the above and foregoing **STIPULATION AND ORDER TO GRANT THE POWELL LAW FIRM'S MOTION TO WITHDRAW** via the Court's CM/ECF electronic filing system to the following:

Paul D. Powell, Esq.
Michael A. Kristof, Esq.
**THE POWELL LAW FIRM**
6785 West Russell Road, Suite 210
Las Vegas, Nevada 89118
*Attorneys for Plaintiff*

Jerry Busby, Esq.
**COOPER LEVENSON, P.A.**
1835 Village Center Circle
Las Vegas, Nevada 89134
*Attorneys for Defendant*

/s/ Courtney McMenamy
An Employee with the Tanner Law Firm

Paul D. Powell, Esq.
Nevada Bar No. 7488
Michael A. Kristof, Esq.
Nevada Bar No. 7780
THE POWELL LAW FIRM
6785 West Russell Road, Suite 210
Las Vegas, Nevada 89118
paul@tplf.com
mkristof@tplf.com
Phone: (702) 728-5500
Facsimile: (702) 728-5501
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LANDRA HOGUE, individually, | CASE NO. 2:17-cv-02702-APG-CWH |
| Plaintiff, | |
| vs. | |
| SMITH'S FOOD & DRUG CENTERS, INC. dba SMITH'S, a foreign corporation; DOES I-X, and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

**SUBSTITUTION OF ATTORNEYS**

COME NOW, PAUL D. POWELL, ESQ. and MICHAEL A. KRISTOF, ESQ. of THE POWELL LAW FIRM, do hereby consent to the substitution of DAVID A. TANNER, ESQ. of TANNER LAW FIRM, as attorney of record for Plaintiff LANDRA HOGUE in the above-captioned matter.

Dated this _____ day of March, 2018

_____
PAUL D. POWELL, ESQ.
MICHAEL A. KRISTOF, ESQ.

///

DAVID A. TANNER, ESQ. of TANNER LAW FIRM does hereby agree to be substituted in the place of PAUL POWELL, ESQ. AND MICHAEL A. KRISTOF, ESQ. of THE POWELL LAW FIRM as attorney of record for Plaintiff LANDRA HOGUE, in the above-entitled matter.

Dated this ___14___ day of March, 2018

_____
DAVID. A TANNER, ESQ.

I, LANDRA HOGUE, do hereby consent to the substitution of DAVID A. TANNER, ESQ. of TANNER LAW FIRM as my attorney of record in the place of PAUL D. POWEL, ESQ. and MICHAEL A. KRISTOF, ESQ. of THE POWELL LAW FIRM.

Dated this ___14___ day of March, 2018

_____
LANDRA HOGUE, Plaintiff

- 2 -

## CERTIFICATE OF SERVICE

Pursuant to Federal Rules of Civil Procedure 5 (b), I hereby certify that on the _____ day of March, 2018, the foregoing **SUBSTITUTION OF ATTORNEYS** was served via electronic service to the following counsel of record:

Jerry Busby, Esq.
COOPER LEVENSON, P.A.
1835 Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Defendant

/s/ Jenny Marimberga
_____
An Employee of THE POWELL LAW FIRM