JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
1835 Village Center Circle
Las Vegas, Nevada 89134
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LANDRA HOGUE, individually,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC. dba SMITH'S, a foreign corporation; DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO. 2:17-cv-02702-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY**<br>**(FOURTH REQUEST)** |

**1.  Basis for requesting this continuance is to allow the parties to depose experts that are unavailable until after the current discovery deadline.**

The parties to this case previously submitted a third stipulation to extend discovery on July 3, 2018 which was granted by this Court on July 11, 2018. (See ECF #25.) Since that order was entered, the parties have actively pursued discovery. Most importantly, counsel have timely identified experts and are currently engaged in scheduling and deposing experts. Unfortunately, although counsel have attempted to ensure that the expert depositions were completed before the close of discovery, several of Plaintiff's experts were unavailable until after the current discovery deadline.

IT IS HEREBY STIPULATED AND AGREED by and between DAVID A TANNER, ESQ. of the TANNER LAW FIRM, Attorney for Plaintiff LANDRA HOGUE, and JERRY S. BUSBY, ESQ. and GREGORY A. KRAEMER, ESQ. of the law firm COOPER LEVENSON, P.A., Attorneys for Defendant SMITH'S FOOD & DRUG CENTERS, INC. that certain discovery deadlines in this matter

CLAC 4601846.1

be continued for a period of 49 days to allow the parties additional time to disclose their experts and for the parties to file dispositive motions thereafter in order to be ready for trial.

### A. **DISCOVERY COMPLETED TO DATE**

In the third stipulation to extend discovery, the parties enumerated 22 discovery matters completed in this case. Subsequent to the filing of the stipulation, the parties have conducted the following discovery:

23. Plaintiff disclosed two liability experts (Brian Jones, MSBE, PE, ACTAR, CXLT and Alex Balian, MBA) and two medical experts (Jeffrey Gross M.D. and Jason Garber M.D.).

24. Defendant disclosed biomechanical expert (Christopher Chen, PhD.) and medical expert (Reynold Rimoldi, M.D.).

25. Plaintiff has subpoenaed Ronnie Coleman and Angelina Navarro for deposition on August 29, 2018.

26. Plaintiff disclosed Brian Jones as a rebuttal expert and provided his rebuttal report.

27. Defendant has requested an updated authorization to be able to recover Plaintiff's medical records under her married name and will request the records as soon as the authorization is received.

28. Defendant has requested Plaintiff's IRS records but it appears that her records are stored under a different name and Defendant is requesting an updated IRS Form 4506.

29. Defendant has disclosed the indictment of Plaintiff's medical expert Jeffrey Gross, M.D. as potential impeachment evidence for use at trial.

30. Plaintiff's attorney has noticed and intends to take the depositions of Defendant's experts as follows:

  Reynold Rimoldi, M.D.  September 12, 2018
  Christopher Chen, Ph.D.  September 13, 2018

30. Defendant has noticed and intends to take the deposition of Plaintiff's expert/rebuttal expert, Brian Jones on August 22, 2018.

/ / /

/ / /

31. Defendant has requested dates for the depositions of Plaintiff's remaining experts but has learned that the following three experts are not available until after the current discovery deadline of September 20, 2018:

| | |
|---|---|
| Alex Balian | first date available – October 16, 2018 |
| Jeffrey Gross, M.D. | first date available – October 22, 2018 |
| Jason Garber, M.D. | first date available – November 6, 2018 |

## DISCOVERY TO BE COMPLETED

1. Plaintiff's attorney has noticed and will take the following lay depositions:

    | | |
    |---|---|
    | Ronnie Coleman | August 29, 2018 |
    | Angelina Navarro | August 29, 2018 |

2. Plaintiff has noticed and will take the following expert depositions:

    | | |
    |---|---|
    | Reynold Rimoldi, M.D. | September 12, 2018 |
    | Christopher Chen, Ph.D. | September 13, 2018 |

3. Defendant has noticed and will take the deposition of expert Brian Jones on August 22, 2018.

4. If this Court agrees to the proposed stipulation to extend, Defendant has noticed and will take the depositions of plaintiff's experts on the following dates:

    | | |
    |---|---|
    | Alex Balian | first date available – October 16, 2018 |
    | Jeffrey Gross, M.D. | first date available – October 22, 2018 |
    | Jason Garber, M.D. | first date available – November 6, 2018 |

5. If this Court does not agree to this proposed extension, Defendant will have no choice but to file a motion to exclude the Plaintiff's experts who are not available for deposition until after the current discovery deadline.

6. The parties also reserve the right to disclose any supplemental evidence recovered in this case.

## WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient time

CLAC 4601846.1

to depose the experts disclosed in this case that are not available for deposition until after the current discovery deadline. conduct discovery.

The parties respectfully submit that this constitutes good cause for the following extension.

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cut-Off | September 20, 2018 | **November 9, 2018** |
| Interim Status Report | July 23, 2018 | no change |
| Expert Disclosure | July 23, 2018 | no change |
| Rebuttal Expert Disclosure | August 24, 2018 | no change |
| Dispositive Motions | October 22, 2018 | **December 7, 2018** |
| Joint Pre-Trial Order | November 20, 2018 | **January 7,** 2019 |

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient time to depose experts disclosed in this case on the dates provided above agreed upon by counsel and by the experts to be deposed. The parties respectfully submit that the reasons set forth above constitute good cause for the short extension.

Respectfully submitted this 10th day of August, 2018.

| | |
|---|---|
| TANNER LAW FIRM | COOPER LEVENSON, P.A. |
| /s/ David A. Tanner | /s/ Jerry S. Busby |
| DAVID A. TANNER, ESQ. | JERRY S. BUSBY, ESQ. |
| Nevada Bar No. 008282 | Nevada Bar No. 001107 |
| 1320 East Pebble Road - #115 | 1835 Village Center Circle |
| Las Vegas, NV 89123 | Las Vegas, Nevada 89134 |
| (702) 987-8888 | (702) 366-1125 |
| Attorney for Plaintiff | Attorneys for Defendant |
| LANDRA HOGUE | SMITH'S FOOD & DRUG CENTERS, INC. |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: ___ August 16, 2018 _____

CLAC 4601846.1