```
 1  JERRY S. BUSBY
    Nevada Bar #001107
 2  COOPER LEVENSON, P.A.
    1835 Village Center Circle
 3  Las Vegas, Nevada 89134
    (702) 366-1125
 4  FAX: (702) 366-1857
    jbusby@cooperlevenson.com
 5
    Attorneys for Defendant
 6  SMITH'S FOOD & DRUG CENTERS, INC.
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LANDRA HOGUE, individually,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC. dba SMITH'S, a foreign corporation; DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO. 2:17-cv-02702-APG-CWH<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

WHEREAS, Plaintiff, LANDRA HOGUE, and her attorney of record, DAVID A. TANNER, ESQ. and Defendant SMITH'S FOOD & DRUG CENTERS, INC. and its attorney of record, JERRY S. BUSBY, ESQ. have participate in a private mediation which resulted in the parties agreeing upon a full and final settlement of all claims by Plaintiff against all Defendants;

IT IS HEREBY STIPULATED AND AGREED by and between DAVID A. TANNER, ESQ. of the TANNER LAW FIRM, Attorney for Plaintiff LANDRA HOGUE, and JERRY S. BUSBY, ESQ. of the law firm COOPER LEVENSON, P.A., Attorneys for Defendant SMITH'S FOOD & DRUG CENTERS, INC., as follows:

1. That the claims herein of Plaintiff LANDRA HOGUE against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own fees and costs; and

///

///

CLAC 4859623.1

2. That any and all deadlines for filing pleadings with the Court be vacated.

DATED this 4th day of April, 2019.

| TANNER LAW FIRM | COOPER LEVENSON, P.A. |
|---|---|
| /s/ David A. Tanner | /s/ Jerry S. Busby |
| DAVID A. TANNER, ESQ.<br>Nevada Bar No. 008282<br>1320 East Pebble Road, Suite 115<br>Las Vegas, Nevada 89123<br>(702) 987-8888<br>Attorney for Plaintiff<br>LANDRA HOGUE | JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 001107<br>1835 Village Center Circle<br>Las Vegas, Nevada 89134<br>(702) 366-1125<br>Attorneys for Defendant<br>SMITH'S FOOD & DRUG CENTERS, INC. |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: April 5, 2019

CLAC 4859623.1

2